**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
02/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Advanced Power Technologies, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5137528** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1500 North Powerline Road** **Pompano Beach, FL 33069** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** County | Location of principal assets, if different from principal place of business Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.advancedpowertech.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Advanced Power Technologies, LLC**                                    Case number (*if known*) _____
            Name

**7.** **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        **8210**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor __Advanced Power Technologies, LLC__      Case number *(if known)* _____
   Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Advanced Power Technologies, LLC**                                    Case number (*if known*) _____
_____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2020**
                  MM / DD / YYYY

*X* **/s/ Devin Grandis**                                    **Devin Grandis**
_____        _____
Signature of authorized representative of debtor         Printed name

Title    **President**
_____

---

**18. Signature of attorney**

*X* **/s/ Bradley S. Shraiberg**                    Date  **March 11, 2020**
_____        _____
Signature of attorney for debtor                          MM / DD / YYYY

**Bradley S. Shraiberg 121622**
_____
Printed name

**Shraiberg Landau & Page PA**
_____
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
_____
Number, Street, City, State & ZIP Code

Contact phone  **561 443 0800**        Email address  **bss@slp.law**

**121622 FL**
_____
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Advanced Power Technologies, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1000BULBS.COM 2140 Merritt Dr Garland, TX 75041** | | | | | | **$38,178.15** |
| **1500 Property, LLC 1500 North Powerline Road Pompano Beach, FL 33069** | | **Rent** | | | | **$97,529.60** |
| **AFCO 5600 North River Road, Suite 400 Rosemont, IL 60018-5187** | | **Commercial Insurance** | | | | **$269,996.00** |
| **Avis Central Billing C/S P.O. Box 62800 Virginia Beach, VA 23462** | | | | | | **$40,410.73** |
| **Caruso and Company 629 East Hillsboro Blvd Deerfield Beach, FL 33441** | | **Professional Fees** | | | | **$38,000.00** |
| **Commerce Bank PO Box 846451 Kansas City, MO 64184-6451** | | **Credit Card** | | | | **$40,000.00** |
| **Consolidated Electrical Distributors Inc PO Box 936240 Atlanta, GA 31193-6240** | | **Supplier** | | | | **$83,913.18** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Advanced Power Technologies, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Creative Ligthing, LLC 1500 North Powerline Road Pompano Beach, FL 33069 | | Supplier | | | | $253,770.42 |
| Dogwood Propco II, LP. 5555 Glenridge Connector Suite 1100 Atlanta, GA 30342 | | State Court of Fulton County, GA Case No. 20EV000971 | | | | $54,465.48 |
| Florida Power and Light Company 700 Universe Blvd Juno Beach, FL 33408 | | | | | | $130,689.10 |
| Henderson Services, LLC 4502 Poplar Level Rd Louisville, KY 40213 | | Vendor | | | | $37,542.50 |
| Humana Medical Plan P.O. Box 3287 Milwaukee, WI 53201-3287 | | Insurance - Health/Dental | | | | $110,000.00 |
| Kwick Lights, LLC 1307 River Hills Circle East Unit 2 Jacksonville, FL 32211 | | | | | | $40,545.06 |
| Lighting Resources, LLC 1919 Williams St Suite 350 Simi Valley, CA 93065 | | Supplier | | | | $61,555.12 |
| Mayer Electric Supply P.O. Box 896537 Charlotte, NC 28289-6537 | | | | | | $41,787.26 |
| Scott Services Company 5636 Clifford Circle Birmingham, AL 35210 | | | | | | $36,911.90 |
| Sunblet Rentals 2015 Directors Row Orlando, FL 32809 | | Equipment Rentals | | | | $244,832.00 |

| Debtor | **Advanced Power Technologies, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Valera & Assoc Lighting, LLC 4310 Windjammer Ct SW Concord, NC 28027** | | **Contractor** | | | | **$42,032.08** |
| **Villa Lighint Supply 2929 Chouteau Ave Saint Louis, MO 63103** | | | | | | **$69,038.31** |
| **Villa Lighting Supply (2019) 2992 Chouteau Ave Saint Louis, MO 63103** | | **Supplier** | | | | **$224,412.55** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Advanced Power Technologies, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 9, 2020**    X _____
Signature of individual signing on behalf of debtor

**Devin Grandis**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re    **Advanced Power Technologies, LLC**        Case No. _____

                                      Debtor(s)        Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 11, 2020**                     Signature    **/s/ Devin Grandis**

                                                                        **Devin Grandis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Advanced Power Technologies, LLC**                                         Case No.                        

                                                      Debtor(s)                    Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 11, 2020**                             **/s/ Devin Grandis**

                                                        **Devin Grandis**/**President**
                                                        Signer/Title

.

1000BULBS.COM
2140 Merritt Dr
Garland, TX 75041


1500 Property, LLC
1500 North Powerline Road
Pompano Beach, FL 33069


A & H Electric
234 N. Forest St
West Point, MS 39773


A & S Electric
P.O. Box 1841
Laredo, TX 78044


A E Rosen Electrical Co., Inc.
883 Broadway
Albany, NY 12207


A Plus Sign and Lighting
4751 Llake Sherwood Lane
Northport, AL 35473


A-1 Mini Storage
c/o Joey Honeycutt
1343 West Market St
Smithfield, NC 27577


A.J. Moore Electric
12701 Chowen Ave S.
Burnsville, MN 55337


A.M.J Lighting Maintenance Inc.
126 Warner Dr
Saylorsburg, PA 18353


Abacus Electric Co.
P.O. Box 1030
Milton, WA 98354


Abstrakt Marketing Group, LLC
727 N. 1st Street, Suite 500
Saint Louis, MO 63102

ACE Contractors
13133 Hudson Krohn Rd
Biloxi, MS 39532


Action Sign and Lighting Services TN
44 Dundee Cv
Munford, TN 38058


ADP
PO BOX 842875
Boston, MA 02284


ADP Screening and Selection Services
PO BOX 645177
Cincinnati, OH 45264


Advanced Electrical Company
1041 Morgan Park Rd
Pelham, LA 35124


Advanced Electrical Service Solutions, L
4229 Lonor Drive
Knoxville, TN 37918


Advanced Lighthing Service
25 Concourse Way
Greer, SC 29650


Advanced-Tech Cable Corp.
6120 Johnson Street
Hollywood, FL 33024


AFCO
5600 North River Road, Suite 400
Rosemont, IL 60018-5187


Affordable Electric and Sign
P.O. Box 60297
Lafayette, LA 70596


Airgas
PO Box 734672
Dallas, TX 75373-4672

```
Alexander Electric
1411 Belfast Ave
Columbus, GA 31904


Ally - Payment Processing Center
PO Box 380902
Minneapolis, MN 55438


Alpine Electric LP
5419 Beacon
El Paso, TX 79905


Amerigas
PO Box 371473
Pittsburgh, PA 15250


Arkansas Electric
1421 E 9th St
Little Rock, AR 72202


Armstrong Electric
4920 Chaney Street
Pensacola, FL 32503


Aspect LED
4900 Constellation Drive
White Bear Lake, MN 55127


Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084


Atlantic Business Systems -ME3250
5131 Industry Drive
Suite 101
Melbourne, FL 32940


Avaya Financial Services
CIT
21146 Network Place
Chicago, IL 60673


Avis Central Billing C/S
P.O. Box 62800
Virginia Beach, VA 23462
```

```
AXSA Imaging Solutions
2100 N Ronald Reagan Blvd
Ste 1044
Longwood, FL 32750


B & A Electric
806 Strozler Lane
Fort Smith, AR 72903


B & M Services
P.O. Box 575
Lenoir City, TN 37771


B&B Electrical Contractors, Inc.
613 N. Saint George St
Allentown, PA 18104


Barrier Enterprises, Inc.
P.O. Box 140190
Broken Arrow, OK 74014


Bedrock Mini Storage
c/o Kenneth Locklear
3600 Fayetteville Rd
Raeford, NC 28376


Bierlein-Trombley Electric, LLC
1849 S Dehmel Rd
Frankenmuth, MI 48734


Bluffton Sign Company LLC
78 Parkside Dr
Bluffton, SC 29910


BOFI Federal Bank
6975 Union Park Center, Suite 200
Midvale, UT 84047


Booker Electric LLC
4117 Pleasant Valley Rd
Owensboro, KY 42303


Bright Future Electric
3420 Richard Arrington Jr Blvd North
Birmingham, AL 35234
```

Briscall Electric Inc.
P.O. Box 8128
Gray, TN 37615


Broward County Tax Collector
1800 NW 66th Ave #101
Fort Lauderdale, FL 33313


Budget Dumpster, LLC
830 Canterbury Rd.
Westlake, OH 44145


Budget Truck Rental, LLC
16449 Collections Center Dr
Chicago, IL 60693


Butler Electrical Contractors
3518 Montrose Ave
Rainbow City, AL 35906


CAM Electric Service
P.O. Box 835
Union City, TN 38281


Caruso and Company
629 East Hillsboro Blvd
Deerfield Beach, FL 33441


Certified Lighting and Signs
P.O. Box 4232
Chattanooga, TN 37405


Certified Slings
6820 Adamo Drive
Tampa, FL 33619


Chambless Enterprises
406 Filholl Ave
Monroe, LA 71203


Christenson Electric, Inc.
17201 NE Sacramento Street
Portland, OR 97230

Chrysler Group LLC - Service Net
24906 Network Place
Chicago, IL 60673


Cir Electrical Construction Corp.
400 Ingham Ave
Buffalo, NY 14218


CIT Finance, LLC
1 CIT Drive
Livingston, NJ 07039


City Electric Supply
6827 N. Orange Blossom Trail, Suite 2
PO Box 609521
Orlando, FL 32860


City of Pompano
PO Box 908
Pompano Beach, FL 33061


Coastline Wholesale Sign Company
532 N Segrave St
Daytona Beach, FL 32114


Cobb International Associates
C/O Baker Dennard and Goetz
3490 Piedmont Rd
Suite 1206
Atlanta, GA 30305


Comcast
P.O. Box 530098
Atlanta, GA 30348


Comcast
PO Box 71211
Charlotte, NC 28272-1211


Commerce Bank
PO Box 846451
Kansas City, MO 64184-6451

Common Wealth Electric Co
of the Midwest
3901 E. Winslow Ave
Phoenix, AZ 85040


Compass Self Storage
c/o Bill Heap
10161 County Line Rd
Spring Hill, FL 34608


Consolidated Electrical Distributors Inc
PO Box 936240
Atlanta, GA 31193-6240


Construction Specialties & Design, LLC
700 Gemstone Trail
Altamonte Springs, FL 32714


Construction Specialties and Design, LLC
700 Gemstone Trail
Deland, FL 32714


Corporate Lodging Consultants
8111 E. 32nd St N
Suite 300
Wichita, KS 67226


Corporate Lodging Consultants
c/o Dana Quick, Esq., Bast Amron, LLP
SunTrust International Center
1 SE 3rd Ave, Suite 1400
Miami, FL 33131


Coverall Health-Based Cleaning System
Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689


Creative Ligthing, LLC
1500 North Powerline Road
Pompano Beach, FL 33069


CubeSmart Self Storage
c/o Jeff David
4015 Mini Tr
Cumming, GA 30041

Custom Electrical Systems, Inc.
176 N. Brandon Drive
Glendale Heights, IL 60139


D & S Electrict, Inc.
P.O. Box 6265
Tyler, TX 75711


Davis and Green Electrical
132 Brandon Road
Richmond, VA 23224


Davis Under Ground Solutions
5348 Hiram Rd
Powder Springs, GA 30127


Dees Electrical Inc.
P.O. Box 101
Hinesville, GA 31310


Dissen Electric Inc.
P.O. Box 33
Kaiser, MO 65047


Dogwood Propco II, LP.
5555 Glenridge Connector
Suite 1100
Atlanta, GA 30342


Dogwood Propco II, LP.
c/o A. Christian Wilson, Esq.
Simpson, Uchitel & Wilson, LLP
PO Box 550105
Atlanta, GA 30355-2505


E.D. Young, LLC
23261 US Route II
Watertown, NY 13601


East Tennessee Lighthing and Electrical
312 S Gay St
Suite 106
Knoxville, TN 37902

Eduardo Gonzalez
14143 Ridge Creek Ct
Orlando, FL 32824


Efficient Lighting & Maintenance, Inc.
41-5A Del Mar Drive
Brookfield, CT 06804


Efficient Lighting Electric
9125 Rose St
Bellflower, CA 90706


Electrical and Ligthing
Maintenance Solutions, LLC
1150 N Highway 365
Redfield, AR 72132


Elliott Electric Supply, Inc.
3705 Lee St
Alexandria, LA 71301


Emerald Transportation
4000 N Powerline Rd
Deerfield, FL 33073


Energy Electric, Inc.
P.O. Box 14754
Knoxville, TN 37914


Environmental Lighting Services
1010 E. Avenue J
Grand Prairie, TX 75050


Estes Electrical Inc
3421 Parkwood Ave
Richmond, VA 23221


Express Electrical Service
809 Landover Arbor Place
Raleigh, NC 27616


Express Sign Company & Lighting Repair
1004 Cates Road
Valdosta, GA 31602

```
Extra Space Storage
c/o Jose Mizhquiri
540 Cypress Pkwy
Poinciana, FL 34759


Extra Space Storage
c/o Thomas Avalle
4010 East State Rd 64
Bradenton, FL 34208


Extra Space Storage
c/o Larry Lattanzio
1266 US Hwy 41 Bypass S
Venice, FL 34285


Extreme Electric, Inc
3755 B Dickerson Pike
Nashville, TN 37207


Fleming Electric, Inc
212 McClanahan
Bryant, AR 72022


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Power & Light - 36566-50029
General Mail Facility
Miami, FL 33188


Florida Power and Light Company
700 Universe Blvd
Juno Beach, FL 33408


Florida Secure Storage
c/o Erik Berg
5030 Southwest 60th Ave
Ocala, FL 34474


FMS Lighting
P.O. Box 10162
Jackson, MS 39286
```

Francis Olweiler
2207 Steinruck Rd
Elizabethtown, PA 17022

Fulks Electric
100 Shanks Nelson Ln
Sacramento, KY 42372

Furleigh Electric, LLC
31 Drillers Dr
Conway, AR 72032

Gaylor Electric
5750 Castle Creek Pkwy N Dr
Suite 400
Indianapolis, IN 46250

General Lighting & Sign Services, Inc
2701 Northwest 1st St
Oklahoma City, OK 73107

Georgia Natural Gas
P.O. Box 105445
Atlanta, GA 30348

Georgia Power
96 Annex
Atlanta, GA 30396

Gexpro GE Supply
P.O. Box 742833
Atlanta, GA 30374-2833

Global Alliance Envirogreen Building Sol
1700 North Dixie Hwy
Suite 145
Boca Raton, FL 33432

Grainger
Department 877514935
P.O. Box 419267
Kansas City, MO 64141

Graybar
P.O. Box 403062
Atlanta, GA 30384


Graybar Financial Services
PO Box 644006
Cincinnati, OH 45264


Great America Financial Services
PO Box 660831
Dallas, TX 75266


Great Lakes Electrical Services
P.O. Box 734
Amherst, OH 44001


Green Building Products
P.O. Box 14638
Fort Lauderdale, FL 33302


Greer and Associates Electrical, Inc
2004A Gladstone Ave
Nashville, TN 37211


Harlan Electric Co
441 Allied Dr
Nashville, TN 37211


Harrington Electric Co
3800 Perkins Ave
Cleveland, OH 44114


Henderson Services, LLC
4502 Poplar Level Rd
Louisville, KY 40213


Hide-Away Storage
c/o Robert Murphy
2900 US 301 N
Ellenton, FL 34222


Hill Electric
P.O. Box 987
Farmington, AR 72730

Himes Signs Inc
P.O. Box 5324
Destin, FL 32540


Howe's Electric, LLC
17657 St. Hwy 34
Woodward, OK 73801


Humana Medical Plan
P.O. Box 3287
Milwaukee, WI 53201-3287


Hunzicker Brothers, Inc.
P.O. Box 25248
Oklahoma City, OK 73125


Imperial Light Maintenance
4555 North Elston Ave
Chicago, IL 60630


Infor (US), Inc.
NW 7418
PO BOx 1450
Minneapolis, MN 55485


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


International Maintenance Solutions,Corp
PMB 109 P.O. Box 5968
San Antonio, PR 00690


Interstate All Battery Center, LLC
2855 US Hwy 92 E
Lakeland, FL 33801

Irby Electrical Distributor
Stuart C. Irby Co.
P.O. Box 843959
Dallas, TX 75284


Iron Mountain - F7197
P.O. Box 27128
New York, NY 10087


James Strickland Electroc Co Inc.
6194 Warner Rd
Columbus, GA 31909


Jerry Pybus Electric
1327 N Tyndall Pkwy
Panama City, FL 32404


Jesco Lighting Group
15 Harbor Dr.
Port Washington, NY 11050


Jordan Electric & Plumbing
311 Tucker St.
Andalusia, AL 36420


Jose T. Rose
3506 Winding Ln
Haines City, FL 33844


Julian Jordan Roger
7898 Jubilee Park Blvd
Apt 625
Orlando, FL 32822


K&K Electric, Inc.
2517 Country Club Rd
Sanford, FL 32771


Kavin Wade White
10835 Erie Rd
Parrish, FL 34219


KE Electric
2523 Springwood Drive
Augusta, GA 30904

Kendra C. Vankos
Corporate Paralegal / Life Storage
64667 Main St
Williamsville, NY 14221


Keylon Lighting Services Inc.
6931 Remington Road
Brooksville, FL 34602


Killmer Electric Co Inc.
5141 Lakeland Ave N
Crystal, MN 55429


Kingdom Electric
1590 E Hwy 80
Abilene, TX 79601


KJ Electric Co
144 Hess St.
San Antonio, TX 78212


Kol Electric
639 East Market St
Salinas, CA 93905


Krater Services LLC
446 Hobbit Hollow Road
Altoona, PA 16601


Kwick Lights, LLC
c/o Clive N. Morgan, Esq.
Morgan Legal, P.A.
6675 Corporate Center Pkwy, Suite 301
Jacksonville, FL 32216


Kwick Lights, LLC
1307 River Hills Circle East Unit 2
Jacksonville, FL 32211


Labor Finders (Acworth)
P. O. Box 271508
Tampa, FL 33688-1508

Labor FInders (West)
P.O. Box 8809
Jupiter, FL 33468-8809


Labor Finders of Broward County
P.O. Box 6458
Lake Worth, FL 33466


Lakeside Electric, Inc.
20 Oak Creek Dr
South Burlington, VT 05403


Lazaro Alexander Garcia Marrero
139 Honeywood Dr
Kissimmee, FL 34743


Legacy Sign & Lighthing
3635 Swindell Hollow Rd
Lebanon, TN 37087


Lewis Brisbois Bisgaard & Smith, LLP
110 SE 6th St
Suite 2600
Fort Lauderdale, FL 33301


Life Storage
c/o Mike Sandlin
1347 North Tamiami Tr
North Fort Myers, FL 33903


Life Storage
c/o Andy Burk
2650 East South Blvd
Montgomery, AL 36116


Life Storage #012
c/o James Wolf
3075 Enterprise Rd
Debary, FL 32713


Life Storage #108
c/o Sergio Morige
9914 San Jose Blvd
Jacksonville, FL 32257

Life Storage #701
c/o Brian Karski
1792 West Hillsborough Ave
Tampa, FL 33603


Life Storage #8011
c/o Gary Pennington
2112 Belle Chasse Hwy
Gretna, LA 70056


Life Storage #8111
c/o Michael Jones
4000 North West St
Jackson, MS 39206


Light'n Up, Inc.
1209 Ganbell St
Anchorage, AK 99501


Lighting Maintenance, Inc.
7667 Enterprise Dr.
Denham Springs, LA 70726


Lighting Resources, LLC
1919 Williams St
Suite 350
Simi Valley, CA 93065


Linq
P.O. Box 829842
Philadelphia, PA 19182-9842


Loeb Electric
1800 E Fifth Ave
Columbus, OH 43219


Louisiana Lighting Technologies
P.O. Box 1273
Kenner, LA 70063


Louisiana Repair Services of Shreveport
5280 Dixie Garden Dr
Shreveport, LA 71105

Luis Rafael Diaz Ortiz
13127 Phoenix Woods Ln
Orlando, FL 32824


Lumenal Lighthing, LLC
21706 66th Avenue West
Mountlake Terrace, WA 98043


Masters Electrical Services
of Blairsville, Inc.
30 Cherokee Trail
Blairsville, GA 30512


Mayer Electric Supply
P.O. Box 896537
Charlotte, NC 28289-6537


McBride Lighting, Inc.
16026 W. 5th Ave
Golden, CO 80401


Mel-Kay Electric Company, Inc.
1511 N. Garvin St
Evansville, IN 47711


Meridian Leasing
PO Box 71087
Chicago, IL 60694


Metro Power Inc.
800 21st Ave
P.O. Box 5228
Albany, GA 31706


Michael  & Joanne Hall
116 South Highway 17-92
Debary, FL 32713


Michael Edward Bell
704 Malibu Ln
Indialantic, FL 32903


Michael Leggett Electrical Contracting
7455 E. Traverse Highway
Traverse City, MI 49684

Michuta Electric, LLC
2115 Old Hwy 94 S
St Charles, MO 63303


Mike Currie Electric, Inc
4311 Grand Blvd
New Port Richey, FL 34652


Mike's Discount Electric, Inc
4926 Williams Dr
Corpus Christi, TX 78411


Milleneon Sign and Lighting
909 Burch Ave
Durham, NC 27701


Miller Electric Company
P.O. Box 1799
Jacksonville, FL 32201-1799


MK Communications Inc
109 Coddington Ave
Staten Island, NY 10306


Mobile Mini
4646 East Van Buren St
Phoenix, AZ 85008-6927


Mobley Electric Services, Inc
1593 US HWY 19 N
Smithville, GA 31787


Monkey Junction
c/o Cris Mills
1862 Mt Miesry Rd NE
Leland, NC 28451


Mr. Electric of Cumberland Valley
P.O. Box 158
East Bernstadt, KY 40729


Mr. Electric of Valdosta
223 North Ashley St
Suite 305
Valdotsa, GA 31601

MSW Builders
1134 Fairlawn Ave
Libertyville, IL 60048


Murray Electrical Service, LLC
6334 E. 13TH ST.
Tulsa, OK 74112


Musco Sports Lighthing
P.O. Box 808
100 1st Ave West
Oskalossa, IA 52577


National Energy and Light
14 Celina Ave
Suite 9
Nashua, NH 03063


National Lighthing Electrical Services,
N8774 Firelane 1
Menasha, WI 54952


Needham
CL 800083
P.O. Box 55008
Boston, MA 02205


Nemmer Electric
300 S 20th St
Waco, TX 76701


NESCO Specialty Rentals
4121 Solutions Center
Chicago, IL 60677


Nightwire, Inc.
P.O. Box 4422
Marietta, GA 30061


NOVA Lighthing
P.O. Box 1827
Myrtle Beach, SC 29577

```
O'Reilly Electric, Inc.
P.O. Box 265
Hewlett, NY 11557


O.H. Burg Corporation
181 Tosca Dr
Stoughton, MA 02072


O.S.C. Inc.
6789 Fish Lake Rd
North Brance, MI 48461


Office Depot
P.O. Box 1413
Charlotte, NC 28201


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Office Team
A Robert Half Company
12400 Collections Center Dr.
Chicago, IL 60693


Oil Can Man
730 Northwest 7 St
Fort Lauderdale, FL 33311


Omega Electric
9401 94th Ct
Odessa, TX 79765


Pace Electrical Contractors
131 Southern Blvd
Savannah, GA 31405


Pacific Electric
2919 Meade Ave
Suite A
Las Vegas, NV 89102
```

Paylocity
Dept # 2007
P.O. Box 87844
Carol Stream, IL 60188


Peak Power Electrical Contractors, Inc
328 N. Main St
P.O. Box 1213
Mansfield, OH 44901


Penske Truch Leasing Co
P.O. Box 532658
Atlanta, GA 30353


Piedmont Sign & Electric
350 Highland Ridge Dr
Martinsville, VA 24112


Pinson Valley Self Storage
c/o Craig Hyde
6812 Highway 19
Pinson, AL 35126


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250


Pitt Electric, Inc.
1028 Brompton Lane
Greenville, NC 27834


Pono Lighthing Services
692 Uluoa Street
Kailua, HI 96734


Powell Electric
287 Shanklin Rd
Beaufort, SC 29906


Power Solutions Electric
1225 Velma Miles PL
El Paso, TX 79912

Power Tech Electric Co., LLC
378 Redbud Dr
Leitchfield, KY 42754


Precise Electric & Facilities Services
202 Prospect Street
Lock Haven, PA 17745


Premier Solutions, LLC
2275-A Aberdeen St
Kenner, LA 70065


Protection 1 Alarm 61565586
P.O. Box 219044
Kansas City, MO 64121


Protection 1 Alarm 955729413
P.O. Box 219044
Kansas City, MO 64121


Protection 1 Alarm 955872320
P.O. Box 219044
Kansas City, MO 64121


Public Storage
c/o Robert Golden
3912 Wilkinson Blvd
Charlotte, NC 28208


Rad Pest Services
3812 Northwest 62 St
Coconut Creek, FL 33073


Ranger GA, LLC
c/o Bank of America Lockbox Svcs
1950 Stemmons Freeway, Ste #5010
Lockbox 841551
Dallas, TX 75207


Ranger GA, LLC
c/o Bank of America Lockbox Services
Lockbos 841551
1950 Stemmons Fwy, Suite 5010
Dallas, TX 75207

Raymond Leasing Corporation
PO Box 301590
Dallas, TX 75303-1590


Retail Electrical Service, Inc.
35510 Mound Rd
Sterling Heights, MI 48310


Rexel of America, LLC
P.O. Box 742833
Atlanta, GA 30374-2833


RH Technology Solutions, Inc.
12161 Ken Adams Way
Suite 110FF
Wellington, FL 33414


Richard D. Tuschman, PA
8551 West Sunrise Blvd
Suite 303
Plantation, FL 33322


Richards Electrical Services
2309 Franklin Dr
Suite E
Mesquite, TX 75150


Rimmer Electric
2426 Bell Street
Shreveport, LA 71133


Rite Brite Electric
1835 Chattanooga Velley Road
Flinstone, GA 30725


Roth Southeast
2260 SW 66th Terr
Davie, FL 33317


RTK Electrical Contractor Inc.
149 Belle Point Parkway
Brunswick, GA 31525

S&E Electric
9531 Moorcroft Court
Sugarland, TX 77498


Sadiyyah S. Azeez (co atty)
301 St Lois St
Mobile, AL 36602


Sam Nichols Electrical Inc.
66 Capri Ln
Lake Havasu City, AZ 86403


Sarah Pierce
1961 Fox Trace Tr
Cuyahoga Falls, OH 44223


Scott Services Company
5636 Clifford Circle
Birmingham, AL 35210


Seabreeze Electric & Lighting, Inc.
P.O. Box 1132
Manteo, NC 27954


SEC Electric
522 S Raceway Rd
Greenville, MS 38704


SEC Headquarters
100 F Street, NE
Washington, DC 20549


SecurCare Self Storage
c/o Jarrett Carroll
910 Hampton Rd
McDonough, GA 30253


Secure Self Storage
c/o Joseph Clark
1620 US-72
Tuscumbia, AL 35674


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131

SERVICECHANNEL.COM, INC.
PO Box 392642
Pittsburgh, PA 15251-9642


Shed Pack Rat
c/o Andy Duncan
9119 Panama City Beach Blvd
Panama City Beach, FL 32407


Shenandoa Sign Company
220 Frontier Dr
Staunton, VA 24401


Shoals Electric Company
704 Davison Ave
Muscle Shoals, AL 35661


SignCrafters Inc.
2913 Altama Ave
Brunswick, GA 31520


Single Source Systems
9003 Technology Ln
Fishers, IN 46038


Skyline Products
2903 Delta Dr
Colorado Springs, CO 80910


South Plains Services, LLC
P.O. Box 9
Lubbock, TX 79408


Southern Self Storage
c/o Mark Binion
1418 East Jackson St
Thomasville, GA 31792


Spot Lighting Supplies
1200 Oregon Ave
Long Beach, CA 90813


Stafford USA
P.O. Box 1300
Deland, FL 32721

Starr Electric Company, Inc.
P.O. Box 4807
Macon, GA 31208


Stones River Electric
1244 Gallatin Pike South
Madison, TN 37115


Storage Post
c/o Julio Oro
300 23rd St
Kenner, LA 70062


StorageMart
c/o Derrick Lafosse
4852 Ihles Rd
Lake Charles, LA 70605


Sullivan's Electric, LLC
9 Geneva Rd
Mayfield, KY 42066


Summerdale Self Storage
c/o Kevin Phelps
410 Highway 59 N
Summerdale, AL 36580


Sunblet Rentals
2015 Directors Row
Orlando, FL 32809


T & J Electric
5 Fairchild Square
Suite A
Clifton Park, NY 12065


Teco Peoples Gas
P.O. Box 31318
Tampa, FL 33631


The Bancorp Bank
3755 Park Lake Street
Orlando, FL 32803

The Bancorp Bank
Lease Payment Center
PO Box 140733
Orlando, FL 32814-0733


The Pridictive Index
101 Station Dr
Westwood, MA 02090


Thermal Concepts
2201 College Ave
Davie, FL 33317


Thunder Hawk Electric
431 Pena Rd
Cotulla, TX 78014


Time Payment Corp.
1600 District Ave, Suite 200
Burlington, MA 01803


Titan Sign & Awning Corporation
11001 Pierson Dr
Suite H
Fredericksburg, VA 22408


TM Electric & Datacom, LLC.
1579 HWY 1146
Deridder, LA 70634


Tradesmen International
P.O. Box 677807
Dallas, TX 75267


Trimble
P.O. Box 203558
Dallas, TX 75320-3558


Trimble
PO Box 203558
Dallas, TX 75320-3558


Triumph Commercial Finance
3 Park Central, Suite 1700
Dallas, TX 75251

Triumph Commercial Finance
12700 Park Central Drive
Dallas, TX 75251


UHaul Moving and Storage
c/o Robert Lewis
4165 Pleasant Garden Rd
Greensboro, NC 27406


Uline Shipping Supply
P.O. Box 88741
Chicago, IL 60680


United Healthcare Insurance Company
22703 Network Place
Chicago, IL 60673-1227


United Services, inc.
P.O. Box 12509
Knoxville, TN 37912


United Site Services of Florida, LLC
31 East Belcher Rd
Foxboro, MA 02035


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


USLED
6807 Portwest Drive
Houston, TX 77024


Valera & Assoc Lighting, LLC
4310 Windjammer Ct SW
Concord, NC 28027

Verizon Connect Telo Inc.
P.O. Box 844183
Los Angeles, CA 90084-4183


Veterans Worldwide Maintenance
105 Main St
3RD FLOOR
Hackensack, NJ 07601


Villa Lighint Supply
2929 Chouteau Ave
Saint Louis, MO 63103


Villa Lighting Supply (2019)
2992 Chouteau Ave
Saint Louis, MO 63103


Viper Communications, LLC
11A Commerce Way
Totowa, NJ 07512


Virtue Electric
1727 MT. Silliman Way
Antioch, CA 94531


Visual Electric
4507 Metropolitay Court
Suite C
Fredrick, MD 21704


Volusia County
123 West Indian Ave, Room 103
Deland, FL 32720-4602


Warehouse Anywhere
6467 Main St
Williamsville, NY 14221


Waste Industries-001124928
P.O. Box 791519
Baltimore, MD 21279

```
Waste Management (Pompano)
Waste Management Inc. of Florida
P.O. Box 105453
Atlanta, GA 30348


Waste Management Inc. of Florida
P.O. Box 4648
Carol Stream, IL 60197-4648


Wee Conduit Electric
146 County Rd 522
Corinth, MS 38834


Weissmann Zucker Euster
Morochnik & Garber, PC
The Fountains at Piedmont Center
3495 Piedmont Road
Atlanta, GA 30305


Wells Fargo
PO Box 105743


West Mini Storage
c/o Colby Hunter
312 Lakeview Blvd
Hartsville, SC 29550


WLS Lighting Systems, Inc.
1919 WINDSOR PLACE
Fort Worth, TX 76110


Worldwide Express
P.O. Box 733360
Dallas, TX 75373


Worldwide Express (Debary)
P.O. Box 733360
Dallas, TX 75373


Worldwide Express (Georgia)
P.O. Box 733360
Dallas, TX 75373
```

```
YSW Llghting and Electrical Services
Preferred Licensing and Contractor Servi
P.O. Box 790436
Charlotte, GA 28206


Zurich Insurance
Deductible Recover Group
PO Box 6066-11
Hermitage, PA 16148-1066
```