UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                              CASE NO. 20-13304-PGH
ADVANCED POWER TECHNOLOGIES, LLC                      CHAPTER 11 CASE

           Debtor.
_____/

**TBK BANK, SSB's, LIMITED CONDITIONAL OBJECTION TO: DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**

      TBK Bank, SSB ("TBK"), the Debtor's post-petition DIP lender files this Limited Conditional Objection to Debtor's Motion to Dismiss Chapter 11 Bankruptcy Case, and in support thereof states as follows:

      1.     On March 11, 2020, the Debtor filed its petition under chapter 11 of the Bankruptcy Code.

      2.     On April 15, 2020, the Court entered a Final Order Authorizing Debtor To: (I) Enter into Accounts Receivable, Inventory Finance and Security Agreement and Inventory Rider Supplanting Its Existing Prepetition Loan Agreement in Order to Sell Accounts Post-Petition and To Incur Credit; (Ii) Granting TBK Bank, SSB Adequate Protection in the Form of First Priority Replacement Liens on Property of the Debtor's Estate Pursuant to Bankruptcy Code Sections 361, 363 and 364; (Iii) Modifying the Automatic Stay; And (Iv) Granting Related Relief *Nunc Pro Tunc* To the Petition Date [D.E. 45] ("Final Financing Order").

      3.     Pursuant to the Final Financing Order, the dismissal of the Bankruptcy Case constitutes an Event of Default.

      4.     TBK, due to the extraordinary difficulties that have arisen in connection with the COVID-19 pandemic, is more than willing work with the Debtor and accordingly consents to waive the Event of Default and further consents to the Debtor's request to dismiss its chapter 11

bankruptcy case, subject only to and conditioned only upon the Debtor's inclusion of language in any Order entered granting the Motion to the effect that "the entry of this Order shall neither negate nor adversely affect any of those rights and interests given to TBK under and in respect to the Court's Final Financing Order and the Post-Petition Agreements; including, but not limited to, all senior and first priority post-petition liens and security interests granted to TBK, and the Debtor's prepetition and post-petition monetary and non-monetary obligations to TBK shall remain in full force and effect post-dismissal. In accordance herewith, TBK shall be entitled to continue collecting directly from any account debtors all payments made on any accounts."

5. The Debtor has notified TBK that the purpose for seeking to dismiss the chapter 11 bankruptcy case is to enable the Debtor to seek and properly certify and apply (through any lender other than TBK) and in connection therewith qualify for a small business SBA loan under the Paycheck Protection Program offered under the CARES Act.

6. The Debtor's counsel has notified TBK's counsel that the Debtor will not, in connection with the seeking of any dismissal order, seek to limit or otherwise prejudice the Debtor's right to exercise its discretion to file a subsequent petition for relief under chapter 11 of the Bankruptcy Code, and in any subsequent chapter 11 case TBK shall receive and the Debtor will request that TBK be provided similar rights and protections that are afforded to TBK under the Final Financing Order and Post-Petition Agreements.

7. The entry of an Order that grants the Motion and incorporates the protections requested in paragraph 4 above would resolve this Limited Conditional Objection.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and served electronically to all interested parties via the Court CM/ECF System, this 23rd day of April 2020.

>Respectfully submitted,
>
>ULLMAN & ULLMAN, P.A.
>*Attorneys for TBK Bank, SSB*
>7700 W. Camino Real, Suite 401
>Boca Raton, Florida 33433
>Telephone: (561) 338-3535
>Facsimile: (561) 338-3581
>
>BY:   */s/ Michael W. Ullman*
>      MICHAEL W. ULLMAN
>      Florida Bar No. 259667
>      Email: michael.ullman@uulaw.net
>      JARED A. ULLMAN
>      Florida Bar No. 90500
>      Email: jared.ullman@uulaw.net

F:\wp51 120\200008\Pleadings\Limited Conditional Objection.(U&U)(4-23-20).FINAL