

**ORDERED in the Southern District of Florida on April 24, 2020.**

**Paul G. Hyman, Jr.,Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Advanced Power Technologies, LLC,              Case No. 20-13304-PGH

    Debtor.                                                                  Chapter 11
_____/

**ORDER GRANTING *EMERGENCY* MOTION TO VOLUNTARILY DISMISS CASE
AND SHORTEN HEARING NOTICE PERIOD**

**THIS MATTER** came before for hearing on April 24, 2020, upon the Emergency Motion to Voluntarily Dismiss Case and Shorten Hearing Notice Period (the "Motion") filed by Advance Power Technologies, LLC (the "Debtor"). ECF No. 51. The Court having reviewed the Motion and being otherwise fully advised in the premises, and for the reasons stated on the record, which are incorporated by reference, it is

{2332/000/00496200}

**ORDERED AND ADJUDGED** that:

1. Pursuant to Federal Rule of Bankruptcy Procedure 9006(c), the notice period for hearing on the Motion is **SHORTENED**.

2. The Motion is **GRANTED** as follows.

3. This bankruptcy case is **DISMISSED WITHOUT PREJUDICE**.

4. The Debtor forthwith shall pay all statutory fees owing to the Office of the United States Trustee for the first calendar quarter of 2020.

5. The Debtor shall timely file its monthly operating report for the month of April 2020, and timely pay all statutory fees owing to the Office of the United States Trustee for such month.

6. The entry of this Order shall neither negate nor adversely affect any of those rights and interests given to TBK Bank, SSB ("TBK"), under and in respect to the Court's Final Financing Order and the Post-Petition Agreements [ECF No. 45]; including, but not limited to, all senior and first priority post-petition liens and security interests granted to TBK, and the Debtor's prepetition and post-petition monetary and non-monetary obligations to TBK shall remain in full force and effect post-dismissal. In accordance herewith, TBK shall be entitled to continue collecting directly from any account debtors all payments made on any accounts.

7. All pending motions are **DENIED WITHOUT PREJUDICE AS MOOT**.

[Remainder of Page Intentionally Left Blank]

8. The Court reserves jurisdiction to interpret and enforce this Order, including those provisions of the Order directing the Debtor to file monthly operating reports and pay statutory fees owing to the Office of the United States Trustee.

###

SUBMITTED BY:

Bradley Shraiberg, Esq.
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

Bradley Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.